\*\* **E-filed July 11, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN DELGADO, et al., | No. C10-02799 HRL |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| MARIA DEANDA, et al., | |
| Defendants. | |

On November 8, 2010, upon Plaintiffs' motion for entry of Defendants' default (which was entered two days later), this Court vacated the then-scheduled case management conference. Docket No. 13. No further action has been taken by any party. Accordingly, Plaintiff is ORDERED to appear on **August 9, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113 to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 11, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02799 HRL Notice will be electronically mailed to:**

Adam Wang          adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
Adam Lee Pedersen  alpedersen@gmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**