ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorneys for Plaintiff

# UNITED STATES FEDERAL COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN DELGADO, RICARDO DELGADO, ANGEL MARTINEZ, and ADRAIN ACOLTZI on behalf of themselves and similarly situated others<br><br>        Plaintiffs,<br><br>vs.<br><br>MARIA DEANDA AND RUBEN DEANDA DBA GUADALAJARA MARKET AND DOES 1-10,<br>        Defendants | Case No. C10-2799 LHK<br><br>PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS |

Pursuant to Civil Local Rule 6-3, 54-4 & 54-5, Plaintiffs move for an order to extend deadline to file a motion for attorney's fees and costs as follows:

1. On May 25, 2012, this Court entered a judgment in favor of Plaintiffs.

2. Pursuant to Civil Local Rule 54-4 & 54-5, Plaintiffs have 14 days after the date of the judgment in which to file motion for attorney's fees and bill of costs.

3. On June 7, 2012, Defendants filed a motion to set aside the judgment scheduled for a hearing on October 4, 2012.

4. While believing the motion meritless, out of abundances of caution, Plaintiffs request that they be granted an extension to file their motion for attorney fees and bill of costs in 30 days after the court denies Defendants' motion to set aside judgment.

I declare under the penalty of perjury under the laws of the United States the foregoing is true and correct.

Dated: June 8, 2012     By:   /s/ ADAM WANG
                              Adam Wang
                              Attorney for Plaintiffs

[PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiffs' counsel should file motion for fees and costs no later than 30 days after the Court denies Defendants' motion to set aside the judgment.

IT IS SO ORDERED.

Dated: June 14, 2012

_____
Lucy H. Koh
United States District Judge

PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO APPLY FOR FEES AND COSTS
Delgado v. Deanda, et al.          2          Case No. C10-2799 LHK