ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Robert Fried, State Bar No. 85579
Bryce Chastain, State Bar No. 214088
5075 Hopyard Road, Suite 210
Pleasanton, California 94588-2797
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Delgado, Ricardo Delgado, Angel Martinez, and Adrain Acoltzi, on behalf of themselves and similarly situated others,<br><br>Plaintiff,<br><br>vs.<br><br>Maria DeAnda and Ruben DeAnda, dba Guadalajara Market,<br><br>Defendant. | CASE NO: CV-10-02799<br><br>~~[PROPOSED]~~ ORDER TO MOVE HEARING DATE<br><br>JUDGE: Honorable Lucy H. Koh<br>Date:    January 3, 2010<br>Time:   1:30 p.m.<br><br>Complaint Filed: June 25, 2010 |

The parties having stipulated to the request to continue the current hearing date in the above-entitled matter on the Motion for Relief from Judgment and the Motion for Order Immediately Staying Enforcement of Judgment of October 4, 2012 to January 3, 2012.

IT IS SO ORDERED.

Dated: September 17, 2012

*Lucy H. Koh*
LUCY H. KOH
District Court Judge