UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN DELGADO; RICARDO DELGADO; ANGEL MARTINEZ; and ADRAIN ACOLTZI, on behalf of themselves and all those similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>MARIA DEANDA and RUBEN DEANDA dba GUADALAJARA MARKET; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.: 10-CV-02799-LHK<br><br>ORDER FOR PLAINTIFFS TO FILE NEW CERTIFICATE OF SERVICE; SETTING INITIAL CASE MANAGEMENT CONFERENCE; GRANTING IN PART MOTION FOR LIMITED DISCOVERY |

On March 1, 2013, Plaintiffs filed an Administrative Motion to Allow Limited Discovery Before Initial Case Management Conference, *see* ECF No. 41, and a Request for Entry of Default, *see* ECF No. 42. On March 5, 2013, Defendants filed a letter requesting that the Court summarily deny both motions. *See* ECF No. 43.

By March 22, 2013, Plaintiffs shall file a new Certificate of Service. An Initial Case Management Conference will be held on April 17, 2013, at 2:00 p.m. After Plaintiffs file a new Certificate of Service, the Court will allow Plaintiffs limited discovery before the Initial Case

1

Case No.: 10-CV-02799-LHK
ORDER FOR PLAINTIFFS TO FILE NEW CERTIFICATE OF SERVICE; SETTING INITIAL CASE MANAGEMENT CONFERENCE; GRANTING IN PART MOTION FOR LIMITED DISCOVERY

1   Management Conference.  Accordingly, Plaintiffs' Administrative Motion to Allow Limited

2   Discovery Before Initial Case Management Conference is GRANTED in part.

3   **IT IS SO ORDERED.**

4   Dated: March 8, 2013                              _____
                                                      LUCY H. KOH
5                                                     United States District Judge

2