UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN DELGADO; RICARDO DELGADO; ANGEL MARTINEZ; and ADRAIN ACOLTZI, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MARIA DEANDA and RUBEN DEANDA dba GUADALAJARA MARKET; and DOES 1-10,<br><br>Defendants. | Case No.: 10-CV-02799-LHK<br><br>ORDER DIRECTING DEFENDANTS TO FILE A CASE MANAGEMENT STATEMENT |

Defendants have failed to file a Case Management Statement 7 days in advance of the initial case management conference set for April 17, 2013, as required under Civil Local Rule 16-9(a). Defendants are hereby ORDERED to file a Case Management Statement by Monday, April 15, 2013, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: April 12, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge