UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN DELGADO; RICARDO DELGADO; ANGEL MARTINEZ; and ADRAIN ACOLTZI, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MARIA DEANDA and RUBEN DEANDA dba GUADALAJARA MARKET; and DOES 1-10,<br><br>Defendants. | Case No.: 10-CV-02799-LHK<br><br>ORDER DIRECTING PLAINTIFF TO FILE CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE |

Pursuant to the parties' agreement at the Case Management Conference of April 17, 2013, and the subsequent Case Management Order, ECF No. 54, both parties were ordered to file consents to proceed before Magistrate Judge Howard R. Lloyd by April 19, 2013.

As of April 23, 2013, Plaintiff has not complied with this order. Plaintiff is hereby ORDERED to file his consent to proceed before a United States Magistrate Judge by April 25, 2013.

**IT IS SO ORDERED.**

Dated: April 23, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02799-LHK
ORDER DIRECTING PLAINTIFF TO FILE CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE