**United States District Court**
For the Northern District of California

*E-FILED: July 29, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN DELGADO, ET AL.,<br>    Plaintiffs,<br>  v.<br>MARIA DEANDA, ET AL.,<br>    Defendants.<br>_____/ | No. C10-02799 HRL<br>**ORDER GRANTING PLAINTIFFS'**<br>**MOTION TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE** |

GOOD CAUSE APPEARING, the Case Management Conference currently set for July 30, 2013 is continued to September 10, 2013 at 1:30 p.m. before Magistrate Judge Howard R. Lloyd in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. A Joint Case Management Statement shall be due no later than September 3, 2013.

**SO ORDERED.**

Dated: July 29, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-02799 HRL Notice will be electronically mailed to:**

Adam Wang adamqwang@gmail.com, evanrhy@gmail.com, jenniferxyzheng@hotmail.com, rosilenda@gmail.com

Adam Lee Pedersen alpedersen@gmail.com

Robert Fried Rfried@aalrr.com, cgibbon@aalrr.com, dmerritt@aalrr.com, mpollard@aalrr.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**